UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No.: 03-61980-CIV-COHN/SNOW

| | |
|---|---|
| A & L ATLANTIS, LLC, et al. | ) |
| Plaintiffs, | ) |
| v. | ) |
| SPA ATLANTIS MANAGEMENT, LLC, et al. | ) |
| Defendants. | ) |

**PLAINTIFFS' STATUS REPORT REGARDING SETTLEMENT**

Plaintiffs hereby respectfully file this Status Report to update the Court on the status of settlement. Plaintiffs have now signed settlement agreements with all defendants.

1.  On October 26, 2004, Plaintiffs filed a motion (the "Motion") seeking the stay of this litigation up to and including March 9, 2005, pending a settlement that involves sale of the Spa Atlantis Ocean Resort (the "Resort") that is the subject of this litigation.

2.  On October 27, 2004, Plaintiffs and the remaining defendants, Howard Bloom, Ashley Bloom, and Leonard Gross, signed a settlement agreement that will not close until closing of the settlement agreement with the other defendants that was referenced in the Motion.

3.  Plaintiffs continue to seek a stay of the entire litigation, pending closing (or the earlier termination) of the various settlement agreements with all defendants.



{M2172013;1}

WHEREFORE, Plaintiffs renew their request for an order from the Court abating this action and staying all proceedings therein. For the Court's convenience, another copy of the proposed order previously submitted with the Motion is included herewith.

Respectfully submitted,

**AKERMAN SENTERFITT**
SunTrust International Center
One Southeast Third Avenue - 28th Floor
Miami, Florida 33131-1704
Phone: 305-374-5600
Fax: 305-374-5095

By: /s/ 
Brian P. Miller
Florida Bar No.: 0980633
E-mail: bmiller@akerman.com
Samantha J. Kavanaugh
Florida Bar No.: 0194662
E-mail: skavanaugh@akerman.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail on this 28th day of October, 2004, on:

Franklin L. Zemel, Esq.
Scott Cagan, Esq.
Broad and Cassel
One Financial Plaza, Suite 2700
Fort Lauderdale, Florida 33394
Tel: 954-764-7060
Fax: 954-713-0977

**Attorneys for Defendants Carol Minkin,**
**Joshua Minkin and Chai Development, LLC**

Lewis F. Murphy, Esq.
Wendy S. Leavitt, Esq.
Steel Hector & Davis LLP
200 South Biscayne Boulevard, Suite 4000
Miami, Florida 33131
Tel: 305-577-7000
Fax: 305-577-7001

**Attorneys for Defendant Maurice Halperin,**
**as Personal Representative of the Estate of Maurice Halperin**

Kenneth J. Vianale, Esq.
Julie Prag Vianale, Esq.
Vianale & Vianale LLP
5355 Town Center Road, Suite 801
Boca Raton, Florida 33486
Tel: 561-391-4900
Fax: 561-368-9274

Stephen M. Cohen, Esq.
Law Offices of Stephen M. Cohen
1615 Forum Place, Suite 500
West Palm Beach, Florida 33401
Tel: 561-697-2929
Fax: 561-697-2910

**Attorneys for Defendants Howard Bloom, Ashley Bloom and Leonard Gross**

_____
Attorney

{M2172013;1}