# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 03-CIV-61980-COHN

A&L ATLANTIS, LLC, H.K. ACORD, MARIE ATTAWAY, ISAAC ATTIAS, SHIRLEY ATTIAS, BFL REAL ESTATE COMPANY, LLC, PAULYN BACIU, MARIELA ALEJANDRA BARBERIS, LEE AH BEE, GITA BEHARRY, JUAN CARLOS BIZET, ROMÁN FERNANDEZ BONOMI, BORA BORA VENTURES, LIMITED, DEBORAH CHRISTEN-DOMEDION, NANCY CONTRERAS, JOHN CORDISCO, BARBARA CRANE, CYPRESS CREEK HOLDINGS LTD., DE FILIPPI ENTERPRISES, INC., ADRIAN ENRIQUE DE FILIPPI, ANDREA DIRUGERIS, NATALIE DIRUGERIS, PETER DIRUGERIS, WILLIAM DIRUGERIS, EVEGER LLC, ARIEL GADEA, DAVID GILBERT, DAVE GUIDICE, VIOLET GUIDICE, JOHN D. GOGGINS TRUST BY AND THROUGH JOHN D. GOGGINS, TRUSTEE, JOHN D. GOGGINS, ELLEN GOLDENER, JOHN GOLDENER, KOPPELMAN-GOLDSTEIN-ROBBINS FAMILY L.P., NOREEN KOPPELMAN-GOLDSTEIN, CHAN YIU KEUNG, LEE TZE KOON, MARTIN JAFFEE, PHYLLIS JAFFEE, TAN SEK LIAN, LEEDON DEVELOPMENT CORPORATION, DEBORAH L. LEVY, ED. D. ELLIOTT G. LEVY, M.D., JOHN TL LIM, ELISABETH ANN LOBO, JOHN LOBO, BETTY MADEY, RICHARD MADEY TRUST BY AND THROUGH RICHARD MADEY, TRUSTEE, RICHARD MADEY, RONALD MADEY, NICHOLAS MANCINI, ROCHELLE MANCINI, ULTAN MORAN, MICHAEL MOYNIHAN, FRED R. NEIGHBORS, ROBERT D. PELOQUIN, MARGARET S. PELOQUIN, POWER PURSUIT LLC, MARIA MERCEDES PUYANA, AUDIE M. ROLNICK, M.D., EILEEN IVERSON ROLNICK, JOHN SCULLY, YVONNE SHIH, DEEPTAZ K. SIBIA, HARDIAL SIBIA, MANJIT SIBIA, ROOPTAZ S. SIBIA, SIRTAZ S. SIBIA, ARVIND K. SINGH, BALVINDER K. SINGH, DEVINDER SINGH, HARINDERJIT SINGH, M.D., JASLEEN SINGH, SUMMERTRUST INVESTMENTS, INC., SURINDERJIT SINGH, MAURICIO TANGIR, RAQUEL GRUNZWEIG DE TANGIR, TECNODENT 508, CORP., CHARLES VALENTINE, HERNAN LOPEZ VERDE, LUCILLE WALDMAN, FRANCES K. WERNER, and LEE LI YIN



     Plaintiffs,

v.

SPA ATLANTIS MANAGEMENT, LLC, CHAI DEVELOPMENT, LLC, ASHLEY BLOOM, HOWARD BLOOM, LEONARD GROSS, JOSHUA MINKIN, CAROL MINKIN, and BARRY HALPERIN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MAURICE HALPERIN,

     Defendants.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE





Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiffs and the defendants hereby stipulate, by their undersigned counsel of record, to the dismissal of this action, with prejudice, with all appellate rights waived, with each party to bear its own attorneys' fees and costs, and waiving any and all claims for costs or sanctions under Fed. R. Civ. P. 11.

Respectfully submitted,

**STEEL HECTOR & DAVIS**
*Attorneys for Barry Halperin, Personal*
*Representative of the Estate of Halperin*
200 South Biscayne Boulevard – Suite 4400
Miami, Florida 33131
Telephone: 305-577-7000
Facsimile: 305-577-7001
e-mail: lmurphy@steelhector.com
e-mail: wleavitt@steelhector.com

**AKERMAN SENTERFITT**
*Attorneys for Defendants*
One Southeast Third Avenue
28th Floor
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
e-mail: bmiller@akerman.com

Lewis F. Murphy, Esq.
Florida Bar No. 308455
Wendy Leavitt, Esq.
Florida Bar No. 908819

Brian P. Miller, Esq.
Florida Bar No. 0980633
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662

**BROAD AND CASSEL**
*Attorneys for Defendants Carol Minkin,*
*Joshua Minkin and Chai Development, LLC*
One Financial Plaza - Suite 2700
Fort Lauderdale, Florida 33394
Telephone: 954-764-7060
Facsimile: 954-713-0977
e-mail: fzemel@broadandcassel.com
e-mail: npiccolo@broadandcassel.com

**VIANALE & VIANALE**
*Attorneys for Ashley Bloom,*
*Howard Bloom and Leonard Gross*
The Plaza, Suite 801
5355 Town Center Road
Boca Raton, Florida 33486
Telephone: 561-391-4900
Facsimile: 561-368-9274
e-mail: kvianale@vianelelaw.com

Franklin Zemel, Esq.
Florida Bar No. 816620
E. Nannette Piccolo
Florida Bar No. 0530311

Kenneth Vianale, Esq.
Florida Bar No. 0169668

Signed w/ permission BPM

:M2216717:1:

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiffs and the defendants hereby stipulate, by their undersigned counsel of record, to the dismissal of this action, with prejudice, with all appellate rights waived, with each party to bear its own attorneys' fees and costs, and waiving any and all claims for costs or sanctions under Fed. R. Civ. P. 11.

Respectfully submitted,

**STEEL HECTOR & DAVIS**
*Attorneys for Barry Halperin, Personal*
*Representative of the Estate of Halperin*
200 South Biscayne Boulevard – Suite 4400
Miami, Florida 33131
Telephone: 305-577-7000
Facsimile: 305-577-7001
e-mail: lmurphy@steelhector.com
e-mail: wleavitt@steelhector.com

**AKERMAN SENTERFITT**
*Attorneys for Defendants*
One Southeast Third Avenue
28th Floor
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
e-mail: bmiller@akerman.com

Lewis F. Murphy, ~~Esq.~~ *P.A.*
Florida Bar No. 308455
Wendy Leavitt, Esq.
Florida Bar No. 908819

Brian P. Miller, Esq.
Florida Bar No. 0980633
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662

**BROAD AND CASSEL**
*Attorneys for Defendants Carol Minkin,*
*Joshua Minkin and Chai Development, LLC*
One Financial Plaza - Suite 2700
Fort Lauderdale, Florida 33394
Telephone: 954-764-7060
Facsimile: 954-713-0977
e-mail: fzemel@broadandcassel.com
e-mail: npiccolo@broadandcassel.com

**VIANALE & VIANALE**
*Attorneys for Ashley Bloom,*
*Howard Bloom and Leonard Gross*
The Plaza, Suite 801
5355 Town Center Road
Boca Raton, Florida 33486
Telephone: 561-391-4900
Facsimile: 561-368-9274
e-mail: kvianale@vianelelaw.com

Franklin Zemel, Esq.
Florida Bar No. 816620
E. Nannette Piccolo
Florida Bar No. 0530311

Kenneth Vianale, Esq.
Florida Bar No. 0169668

sM2216717.1:

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiffs and the defendants hereby stipulate, by their undersigned counsel of record, to the dismissal of this action, with prejudice, with all appellate rights waived, with each party to bear its own attorneys' fees and costs, and waiving any and all claims for costs or sanctions under Fed. R. Civ. P. 11.

Respectfully submitted,

**STEEL HECTOR & DAVIS**
*Attorneys for Barry Halperin, Personal*
*Representative of the Estate of Halperin*
200 South Biscayne Boulevard – Suite 4400
Miami, Florida 33131
Telephone: 305-577-7000
Facsimile: 305-577-7001
e-mail: lmurphy@steelhector.com
e-mail: wleavitt@steelhector.com

**AKERMAN SENTERFITT**
*Attorneys for Defendants*
One Southeast Third Avenue
28th Floor
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
e-mail: bmiller@akerman.com

_____
Lewis F. Murphy, Esq.
Florida Bar No. 308455
Wendy Leavitt, Esq.
Florida Bar No. 908819

_____
Brian P. Miller, Esq.
Florida Bar No. 0980633
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662

**BROAD AND CASSEL**
*Attorneys for Defendants Carol Minkin,*
*Joshua Minkin and Chai Development, LLC*
One Financial Plaza - Suite 2700
Fort Lauderdale, Florida 33394
Telephone: 954-764-7060
Facsimile: 954-713-0977
e-mail: fzemel@broadandcassel.com
e-mail: npiccolo@broadandcassel.com

**VIANALE & VIANALE**
*Attorneys for Ashley Bloom,*
*Howard Bloom and Leonard Gross*
The Plaza, Suite 801
5355 Town Center Road
Boca Raton, Florida 33486
Telephone: 561-391-4900
Facsimile: 561-368-9274
e-mail: kvianale@vianelelaw.com

_____
Franklin Zemel, Esq.
Florida Bar No. 816620
F. Narmette Piccolo
Florida Bar No. 0530311

_____
Kenneth Vianale, Esq.
Florida Bar No. 0169668

:M2216717:1: