UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-CIV-61980-COHN

A&L ATLANTIS, LLC, H.K. ACORD, MARIE ATTAWAY, ISAAC ATTIAS, SHIRLEY ATTIAS, BFL REAL ESTATE COMPANY, LLC, PAULYN BACIU, MARIELA ALEJANDRA BARBERIS, LEE AH BEE, GITA BEHARRY, JUAN CARLOS BIZET, ROMÁN FERNANDEZ BONOMI, BORA BORA VENTURES, LIMITED, DEBORAH CHRISTEN-DOMEDION, NANCY CONTRERAS, JOHN CORDISCO, BARBARA CRANE, CYPRESS CREEK HOLDINGS LTD., DE FILIPPI ENTERPRISES, INC., ADRIAN ENRIQUE DE FILIPPI, ANDREA DIRUGERIS, NATALIE DIRUGERIS, PETER DIRUGERIS, WILLIAM DIRUGERIS, EVEGER LLC, ARIEL GADEA, DAVID GILBERT, DAVE GUIDICE, VIOLET GIUDICE, JOHN D. GOGGINS TRUST BY AND THROUGH JOHN D. GOGGINS, TRUSTEE, JOHN D. GOGGINS, ELLEN GOLDENER, JOHN GOLDENER, KOPPELMAN-GOLDSTEIN-ROBBINS FAMILY L.P., NOREEN KOPPELMAN-GOLDSTEIN, CHAN YIU KEUNG, LEE TZE KOON, MARTIN JAFFEE, PHYLLIS JAFFEE, TAN SEK LIAN, LEEDON DEVELOPMENT CORPORATION, DEBORAH L. LEVY, ED. D., ELLIOTT G. LEVY, M.D., JOHN TL LIM, ELISABETH ANN LOBO, JOHN LOBO, BETTY MADEY, RICHARD MADEY TRUST BY AND THROUGH RICHARD MADEY, TRUSTEE, RICHARD MADEY, RONALD MADEY, NICHOLAS MANCINI, ROCHELLE MANCINI, ULTAN MORAN, MICHAEL MOYNIHAN, FRED R. NEIGHBORS, ROBERT D. PELOQUIN, MARGARET S. PELOQUIN, POWER PURSUIT LLC, MARIA MERCEDES PUYANA, AUDIE M. ROLNICK, M.D., EILEEN IVERSON ROLNICK, JOHN SCULLY, YVONNE SHIH, DEEPTAZ K. SIBIA, HARDIAL SIBIA, MANJIT SIBIA, ROOPTAZ S. SIBIA, SIRTAZ S. SIBIA, ARVIND K. SINGH, BALVINDER K. SINGH, DEVINDER SINGH, HARINDERJIT SINGH, M.D., JASLEEN SINGH, SUMMERTRUST INVESTMENTS, INC., SURINDERJIT SINGH, MAURICIO TANGIR, RAQUEL GRUNZWEIG DE TANGIR, TECNODENT 508, CORP., CHARLES VALENTINE, HERNÁN LOPEZ VERDE, LUCILLE WALDMAN, FRANCES K. WERNER, and LEE LI YIN



FILED by ___PER___ D.C.

FEB 23 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT LAUD

Plaintiffs,

SPA ATLANTIS MANAGEMENT, LLC, CHAI DEVELOPMENT, LLC, ASHLEY BLOOM, HOWARD BLOOM, LEONARD GROSS, JOSHUA MINKIN, CAROL MINKIN, and BARRY HALPERIN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MAURICE HALPERIN,

Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

{M2216717;1}



THIS CAUSE came before the Court on the Stipulation for Dismissal with Prejudice filed by the parties in this cause, and the Court, having reviewed the record and being otherwise advised as to the premises, it is **ORDERED AND ADJUDGED** that this action be DISMISSED WITH PREJUDICE. Each side shall bear its own costs and fees, and waiving any and all claims for costs or sanctions under Fed. R. Civ. P. 11.

DONE AND ORDERED in Chambers at Broward County, Fort Lauderdale, Florida, this 22nd day of FEBRUARY, 2004.

_____
United States District Judge

**Conformed copies to:**
Lewis F. Murphy, Esq.
Franklin Zemel, Esq.
Kenneth Vianale, Esq.
Brian P. Miller, Esq.

{M2216717;1}